389

No. 42139.—Protests 983924, etc., of Bloomingdale Bros. (New York).

Opinion by Tilson, J.  It was stipulated that the merchandise consists of embroidered motifs, galloons, trimmings, bands, and laces similar to that the subject of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) and Normandy lace articles like those passed upon in *United States* v. *Amrein* (26 C. C. P. A., 353, C. A. D. 40).  The claim at 75 percent under paragraph 1430 was therefore sustained.

BEFORE THE THIRD DIVISION, SEPTEMBER 14, 1939

No. 42140.—Protests 994071–G, etc., of Saul Oliner et al. (New York).

Opinion by Evans, J.  In accordance with the collector's statement that the currency of the respective invoices was erroneously converted the protests were sustained.

No. 42141.—Petitions 5560–R, etc., of Peterson Biddick Co. et al. (Pembina).

Opinion by Evans, J.  The petitions were dismissed.

No. 42142.—Protest 946912–G of James McCreery & Co. (New York).

Opinion by Evans, J.  It was stipulated that the merchandise consists of cheese balls and cheese sticks the same as that passed upon in *Wile* v. *United States* (T. D. 49514) and *Renken* v. *United States* (C. D. 73).  The claim at 20 percent under paragraph 1558 was therefore sustained.

No. 42143.—Protests 919786–G, etc., of Swift & Co. (New York).

Opinion by Keefe, J.  On the record presented it was held that an additional tare allowance for salt should be made.  The protests were accordingly sustained in part.

No. 42144.—Protest 933618–G of Steinberger Bros. Glove Corp. (New York).

Opinion by Keefe, J.  From the evidence and following the principles in *United States* v. *Dent* (15 Ct. Cust. Appls. 408, T. D. 42588) and *Meadows* v. *United States* (12 id. 396, T. D. 40583) the court sustained the protest and directed the collector to make allowance for the shortage noted by the appraiser and the discharging inspector.